**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    MARCUS D WATSON                             §         Case No.: 06-10903
          ANDREA H WINSTON WATSON                     §
                                                      §
          Debtor(s)                                   §

------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/01/2006.

2)  The case was confirmed on 11/08/2006.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/01/2007.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/15/2007, 01/29/2009, 01/29/2009.

5)  The case was dismissed on 02/18/2009.

6)  Number of months from filing to the last payment: 30

7)  Number of months case was pending: 34

8)  Total value of assets abandoned by court order: NA

9)  Total value of assets exempted: $ 32,076.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 34,846.00 |
| Less amount refunded to debtor | $     396.65 |
| **NET RECEIPTS** | $ 34,449.35 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $  1,807.49 |
| Court Costs | $       .00 |
| Trustee Expenses and Compensation | $  2,273.71 |
| Other | $       .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $  4,081.20 |
| Attorney fees paid and disclosed by debtor | $       .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DRIVE FINANCIAL SERV | SECURED | 5,650.00 | 7,282.08 | 5,650.00 | 1,842.87 | 334.67 |
| PEOPLES GAS LIGHT & | UNSECURED | NA | 710.88 | 710.88 | .00 | .00 |
| CENTRIX FINANCIAL | SECURED | 7,500.00 | 12,121.73 | 1,995.54 | 1,995.54 | 776.51 |
| ICUL SERVICES CORP | UNSECURED | 4,620.00 | 10,122.19 | 10,122.19 | .00 | .00 |
| CITY OF CHICAGO DEPT | SECURED | 450.00 | 481.55 | 450.00 | 108.54 | .00 |
| DRIVE FINANCIAL SERV | UNSECURED | 1,350.00 | .00 | 1,632.08 | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED | 400.00 | 670.51 | 400.00 | 237.07 | .00 |
| MORTGAGE CLEARING CO | SECURED | NA | 89,131.12 | 23,842.40 | 23,842.40 | .00 |
| MORTGAGE CLEARING CO | SECURED | 1,500.00 | 9,128.78 | 9,128.78 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 740.00 | 2,784.07 | 2,784.07 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,785.00 | 4,313.50 | 4,313.50 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 100.00 | 100.00 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS CHILD SUPPO | OTHER | NA | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,274.00 | NA | NA | .00 | .00 |
| ADT SECURITY SERVICE | UNSECURED | 703.16 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 539.00 | 400.00 | 400.00 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2,700.00 | 1,281.72 | 1,281.72 | .00 | .00 |
| AMERICAN COLLECTIONS | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| AMERICAS RECOVERY NE | OTHER | NA | NA | NA | .00 | .00 |
| ANDERSON CRENSHAW & | OTHER | NA | NA | NA | .00 | .00 |
| APEX ALARM | UNSECURED | 1,505.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANKFIRST | OTHER | NA | NA | NA | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 1,000.00 | 1,125.09 | 1,125.09 | .00 | .00 |
| CB USA | UNSECURED | 1,040.00 | 1,000.00 | 1,000.00 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 3,340.00 | 5,365.00 | 5,365.00 | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 950.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 734.61 | 739.57 | 739.57 | .00 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 1,164.00 | NA | NA | .00 | .00 |
| EASTERN COLLECTION C | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| EVERGREEN EMERGENCY | OTHER | NA | NA | NA | .00 | .00 |
| I C COLLECTION SERVI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| INSTA CASH | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| KMART | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 418.00 | 418.99 | 418.99 | .00 | .00 |
| LELAND SCOTT | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| LELAND SCOTT | UNSECURED | 132.00 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 121.00 | NA | NA | .00 | .00 |
| MEMBER SOLUTIONS | UNSECURED | 574.90 | 560.90 | 560.90 | .00 | .00 |
| NATIONAL QUICK | UNSECURED | 602.50 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | NA | NA | NA | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | 747.75 | NA | NA | .00 | .00 |
| SECRETARY OF STATE | OTHER | NA | NA | NA | .00 | .00 |
| T-MOBILE USA | UNSECURED | 300.00 | 476.89 | 476.89 | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| WOW CABLE CO | UNSECURED | 413.00 | NA | NA | .00 | .00 |
| GALWAY FINANCIAL SVC | UNSECURED | NA | 725.00 | .00 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 270.76 | 270.76 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 1,737.65 | 1,737.65 | .00 | .00 |
| MORTGAGE CLEARING CO | SECURED | NA | 4,331.92 | 926.22 | 926.22 | .00 |
| MORTGAGE CLEARING CO | SECURED | NA | 37.75 | 37.75 | .00 | .00 |
| PARAGON WAY INC | UNSECURED | NA | 725.00 | 725.00 | .00 | .00 |
| MORTGAGE CLEARING CO | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | NA | 8,573.18 | 8,573.18 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | .00 | .00 | 304.33 | 304.33 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | .00 | .00 | 270.51 | .00 | .00 |
| IL STATE DISBURSEMEN | UNSECURED | NA | 1,620.93 | 1,620.63 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 24,768.62 | 24,768.62 | .00 |
| Mortgage Arrearage | 9,166.53 | .00 | .00 |
| Debt Secured by Vehicle | 8,045.54 | 4,075.48 | 1,111.18 |
| All Other Secured | 450.00 | 108.54 | .00 |
| **TOTAL SECURED:** | 42,430.69 | 28,952.64 | 1,111.18 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 8,573.18 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,401.90 | 304.33 | .00 |
| **TOTAL PRIORITY:** | 15,975.08 | 304.33 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 28,557.86 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,081.20 |
| Disbursements to Creditors | $ | 30,368.15 |
| **TOTAL DISBURSEMENTS:** | $ | 34,449.35 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/23/2009         /s/ Tom Vaughn
                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**